**No. 10-7920. Andrew J. Larson, Petitioner v. Eddie Wilson, Warden.**

563 U.S. 983, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3379.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1229, 131 S. Ct. 1490, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1637.

**No. 10-8100. Paul Free, Petitioner v. United States.**

563 U.S. 983, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3391.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 333, 2011 U.S. LEXIS 1672.

**No. 10-8281. Anthony Allen, Petitioner v. Illinois.**

563 U.S. 983, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3500.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1276, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 1994.

**No. 10-8309. John Orville Study, Petitioner v. United States, et al.**

563 U.S. 983, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3502.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1840.

**No. 10-8500. Michael Curtis Reynolds, Petitioner v. Larry Whitehead, et al.**

563 U.S. 984, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3386.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1277, 131 S. Ct. 1615, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2005.

**No. 10-8828. Willard Howard, Petitioner v. United States.**

563 U.S. 984, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3537.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1278, 131 S. Ct. 1623, 179 L. Ed. 2d 514, 2011 U.S. LEXIS 2020.

**No. 10-9075. Antonio D. Oesby, Petitioner v. United States.**

563 U.S. 984, 131 S. Ct. 2899, 179 L. Ed. 2d 1205, 2011 U.S. LEXIS 3471.

May 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2132.